FILED

AUG 1 6 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. CR05-0255 EMC (BZ) |
| v. | ) | |
| PEDRO ALVAREZ, | ) | **DETENTION ORDER** |
| Defendant. | ) | |

This matter came before the Court on August 12, 2005 for a detention hearing. The defendant, Pedro Alvarez, is charged with violating the terms and conditions of supervised release. The defendant was present and represented by Assistant Federal Public Defender Ronald Tyler. Assistant United States Attorney William Shockley appeared for the United States of America. United States Probation Officer Octavio E. Magaña was present for the Probation Office.

On March 15, 2005, Pretrial Services submitted a report in connection with the underlying charge that recommended detention. The defendant was subsequently convicted and sentenced to one month imprisonment to be followed by one year

1

supervised release. Because the defendant is charged with a violation of supervised release, the burden of establishing that he is not a flight risk or danger to the community rests with defendant. Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. §3143. Proffers and arguments regarding detention were submitted by the parties at the hearing.

Having considered the parties' proffers, the Pretrial Services Report and the files and records in this matter, I find that the defendant has failed to establish by clear and convincing evidence that he is not a risk of flight and a danger to the community and I **ORDER** him detained. In so holding, I have considered the following factors:

1.  The evidence proffered by the government and the probation officer is that the defendant failed to report to the probation officer within 72 hours following his release from custody on May 13, 2005.

2.  The defendant has not resided in the San Francisco Bay Area for a long time. He has few ties to the area and does not have a stable history of residence or employment. In addition, he does not have any family members or friends who would act as his surety or custodian.

3.  The defendant did not proffer any conditions of release, nor have any occurred to the court, that would reasonably assure his appearances at trial or the safety of the community.

\\
\\
\\

Therefore, **IT IS HEREBY ORDERED** that the government's motion to detain defendant is GRANTED.

Dated: August 12, 2005

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\CRIMINAL\ORDERS\DETENTIO\2005\ALVAREZDETENTION.wpd